# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                    dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                    ltrust@osbornlawpc.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___02/26/26___

February 24, 2026

Application GRANTED.

SO ORDERED.

February 26, 2026

**Barbara Moses**
**United States Magistrate Judge**

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Robles v. Commissioner of Social Security*
>        Civil Action No. 1:25-cv-09983-BCM

Dear Judge Moses,

We write on behalf of our client, Jennifer M. Robles, with the consent of the defense, to request a 90-day extension of time to file her motion for judgment on the pleadings which is currently due on March 7, 2026, per the Court's December 5, 2025 Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload and overlapping deadlines over the next several weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **June 8, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **September 7, 2026**; and

- Plaintiff to file her reply, if any, on or before: **September 21, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800          osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115          info@osbornlawpc.com

Honorable Barbara C. Moses
February 24, 2026
Page Two


Thank you for your consideration of this request.


Respectfully submitted,


s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com


cc: Padma Ghatage, Esq. (by ECF)